UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN ANDAL,<br><br>               Plaintiff,<br><br>   vs.<br><br>D.O.C., RUTH HANSON, CUS LAWRENCE, and COUNSELOR SHEAFFER,<br><br>               Defendants. | NO. CV-11-093-RMP<br><br>ORDER DISMISSING ACTION |

      By Order filed April 11, 2011, the court directed Mr. Andal to comply with 28 U.S.C. § 1915(a)(2) which requires prisoners who seek to bring a civil action without prepayment of the filing fee to submit a certified copy of their trust fund account statement (or institutional equivalent) for the 6-months immediately preceding the filing of the complaint (ECF No. 5). A copy of this Order was mailed to Plaintiff at the Airway Heights Correction Center, but returned on April 15, 2011, with the notations "undeliverable" and "released" (ECF No. 6). Although instructed to do so, Mr. Andal did not notify the court of his current address in writing.

      Plaintiff has not complied with the requirement to submit a six month statement of account. Therefore, having failed to either pay the full filing fee under 28 U.S.C. §

ORDER DISMISSING ACTION -- 1

1914(a), or to comply with the statutory requirements of 28 U.S.C. § 1915(a)(2), **IT IS ORDERED** this action is **DISMISSED without prejudice.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward copies to Plaintiff at his last known address, and close the file.

**DATED** this 17th day of May, 2011.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION -- 2